UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a nonprofit corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>NORTHERN RECYCLING & WASTE SERVICES, a California corporation, and DOUGLAS SPEICHER, an individual,<br><br>                    Defendants. | No. 2:14-cv-01601-GEB-CKD<br><br>**DISMISSAL ORDER** |

        Plaintiff was required to respond to an Order filed October 17, 2014, by either filing proof that Defendants Northern Recycling & Waste Services and Douglas Speicher were served with process or a document showing good cause for Plaintiff's failure to serve this Defendant within the 120-day period prescribed in Federal Rule of Civil Procedure 4(m). (ECF No. 4.) This filing was due no later than November 7, 2014. (Id. at 2:11-14.) The October 17, 2014 Order warned Plaintiff that failure to make the required showing by the deadline would result in the action being dismissed.

        Plaintiff failed to respond to the October 17, 2014 Order by this deadline. Therefore, this action is dismissed. The

1

1 | Clerk of the Court shall close this case.
2 |       IT IS SO ORDERED.
3 | Dated: November 20, 2014

```
                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge
```