MICHAEL E. VINDING (State Bar No. 178359)
BRADY & VINDING
400 Capitol Mall, Suite 2640
Sacramento, CA 95814
Tel:  (916) 446-3400
Fax:  (916) 446-7159
mvinding@bradyvinding.com

Counsel for Defendants Northern Recycling
& Waste Services and Douglas Speicher

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a nonprofit corporation,<br><br>Plaintiff,<br>vs.<br><br>NORTHERN RECYCLING & WASTE SERVICES, a California corporation, and DOUGLAS SPEICHER, an individual,<br><br>Defendants. | CASE NO. 2:14-CV-01601-GEB-CKD<br><br>**STIPULATED REQUEST TO FILE ANSWER; [PROPOSED] ORDER** |

   Plaintiff CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a nonprofit corporation (Plaintiff) and Defendants NORTHERN RECYCLING & WASTE SERVICES, a California corporation, and DOUGLAS SPEICHER, an individual, (Defendants) hereby stipulate, pursuant to Local Rule 143, to Defendants filing a timely answer or other responsive pleading on or before March 20, 2015.  The basis for the request is that the Complaint was served on Defendants' counsel, but not Defendants, after the time the Court had dismissed the action, but prior to the Court reinstating the action.  So, in order to avoid confusion and allow the Court to re-set the matter, the parties are stipulating to the date upon which an answer or other responsive

///

///

1 | pleading must be filed.

2 | Dated:  March 4, 2015         LAW OFFICES OF ROBERT J. TUERCK

3

4 | By:  /s/Robert Tuerck
Robert Tuerck
(As authorized on 3/4/15–L.R. 131(e))
Attorneys for Plaintiff California Sportfishing
Protection Alliance

7 | Dated:  March 4, 2015         BRADY & VINDING

By:  /s/Michael E. Vinding
Michael E. Vinding
Attorneys for Defendants Northern
Recycling & Waste Services and Douglas
Speicher

### [PROPOSED] ORDER

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND ORDERED AND DECREED BY THE COURT, AS FOLLOWS:**

An answer or other responsive pleading must be filed on or before March 20, 2015 in order to avoid a default.

**IT IS SO ORDERED.**

Dated:  March 5, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge