UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a nonprofit corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>NORTHERN RECYCLING & WASTE SERVICES, a California corporation; and DOUGLAS SPEICHER, an individual,<br><br>          Defendants. | No.  2:14-cv-01601-GEB-CKD<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

Plaintiff filed a "Notice of Settlement" on May 25, 2015, in which it states:

> Plaintiff California Sportfishing Protection Alliance ("CSPA") and Defendants, parties in the above-captioned action, have reached settlement and executed a [Proposed] Consent Agreement. The settlement is contingent upon the expiration of the federal agencies' 45-day review period.
>
> . . . [I]n accordance with federal law, no judgment disposing of this action may be entered prior to 45 days following the receipt of the proposed settlement agreement by the United States Department of Justice and the national and Region IX offices of the United States Environmental Protection Agency. See 40 C.F.R. § 135.5 (requiring the parties to provide notice to the court of the 45-day agency review period under 33 U.S.C. § 1365(c)). Allowing three (3) days for mailing, the regulatory agencies' review period will end on or about July 10, 2015; if

1

> any of the reviewing agencies object to the proposed agreement, the parties would require additional time to meet and confer and attempt to resolve the agencies' concerns. Consequently, the parties submit that good cause exists to set July 24, 2015, as the deadline for the filing of a Stipulation for Approval of Consent Agreement and Dismissal of Plaintiff's Claims with Prejudice, or a Notice that the settlement is null and void.

(Pl.'s Notice of Settlement, ECF No. 17.)

Therefore, a dispositional document shall be filed no later than July 24, 2015. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Further, a Status Conference is scheduled for hearing at 9:00 a.m. on August 17, 2015, in the event no dispositional document is filed, or if this action is not otherwise dismissed. A joint status report shall be filed fourteen (14) days prior to the status conference in which the parties shall address all pertinent subjects set forth in Local Rule 240.

IT IS SO ORDERED.

Dated: May 28, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2